471 A.2d 111

Mainardi, et al. v. Montalto, et al.

Appeal of Francis Montalto.

Reargument Denied Feb. 22, 1984.

Argued March 1, 1983. Charles A. Harad, for appellant; Roger J. Harrington, for Mainardi, et al., appellees; Jill Douthett, Assistant City Solicitor, for Philadelphia, appellee.

Before CERCONE, P.J., and CAVANAUGH and WIEAND, JJ.

A new trial limited to the issue of damages only is awarded as to *William Montalto v. Francis Montalto* in all other respects the judgment below is affirmed.

WIEAND, J., filed a memorandum concurring and dissenting statement.